```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
TERRELL JAMES,                            :
                                          :
                    Plaintiff,            :      19cv644 (DLC)
                                          :
          -v-                             :      ORDER
                                          :
NEIL STEWART and SUSAN JEFFREY,           :
                                          :
                    Defendants.           :
                                          :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2020

DENISE COTE, District Judge:

On October 20, 2020, plaintiff submitted a letter identifying a discovery dispute in the above-captioned action. Defendants responded in a letter of October 22. Accordingly, it is hereby

ORDERED that a telephonic conference is scheduled for **October 23** at **2:00 p.m.** The parties shall use the following dial-in instructions for the telephone conference:

    Dial-in: 888-363-4749

    Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
           October 23, 2020

                                                /s/ Denise Cote
                                            DENISE COTE
                                   United States District Judge