```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TERRELL JAMES,                          :
                                        :
                Plaintiff,              :     19cv644 (DLC)
                                        :
           -v-                          :         ORDER
                                        :
NEIL STEWART and SUSAN JEFFREY,         :
                                        :
                Defendants.             :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 24, 2021, plaintiff submitted a letter identifying a discovery dispute in this action. Accordingly, it is hereby

ORDERED that the defendants file by **February 26** at **12:00 pm** a response to plaintiff's letter.

Dated:   New York, New York
         February 24, 2021

```
                              _____
                                     DENISE COTE
                              United States District Judge
```