**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TERRELL JAMES,

            Plaintiff,                              19 **CIVIL** 644 (DLC)

       -against-                                **JUDGMENT**

NEIL STEWART and SUSAN JEFFREY,

            Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 16, 2021, the defendants' motion for summary judgment is granted; judgment is entered for the defendants; accordingly, this case is closed.

**Dated:** New York, New York
          November 16, 2021

                                                           **RUBY J. KRAJICK**
                                                             Clerk of Court
                                          **BY:**
                                                                Deputy Clerk